FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2023 AUG 10 A 11: 21

James D. Gibbs

2:23-cv-094

(Enter above full name of plaintiff or plaintiffs)

v.

State of Georgia, Stacy Gruber, and any other un-named defendants in their Official & Individual Capacities

(Enter above full name of defendant or defendants)

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?   Yes ___ No ✓

If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

   Plaintiffs: N/A

   Defendants: N/A

2. Court (if federal court, name the district; if state court, name the county): N/A

3. Docket number: N/A

4. Name of judge assigned to case: N/A

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):
N/A

6. Approximate date of filing lawsuit: N/A

7. Approximate date of disposition: N/A

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?    Yes ____   No ✓

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
Yes ____   No ✓

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

   Plaintiffs: N/A

   Defendants: N/A

2. Court (name the district): N/A

3. Docket number: N/A

4. Name of judge assigned to case: N/A

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):
N/A

6. Approximate date of filing lawsuit: N/A

2

7. Approximate date of disposition: ___N/A___

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)? Yes ___ No ✓

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim? Yes ___ No ✓

1. If your answer to C is yes, name the court and docket number for each case:

   ___N/A___

II. Place of present confinement: ___Not Confined___

A. Is there a prisoner grievance procedure in this institution? Yes ___ No ✓

B. Did you present the facts relating to your complaint to the appropriate grievance committee? Yes ___ No ✓

C. If your answer to B is yes:

1. What steps did you take? ___Not related to prison policy or proctedures___

2. What was the result? ___N/A___

3

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure?  Yes ___ No ✓

If yes, what was the result? _N/A_

D. If you did not utilize the prison grievance procedure, explain why not: _N/A_

III. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: James D. Gibbs
   Address: 582 Russell Rd.
   Baxley GA. 31513

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: Jackie Johnson or an Asst.
   Position: Dist. Atty.
   Place of employment: Brunswick GA.
   Current address: 37 Tippins St. Suite C

C. Additional defendants: Stacy Gruber, Appling County Sheriffs Office, Baxley GA.

4

IV. Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(Narrative of incident, James D. Gibbs as it relates), [1] On Nov. 12-2020 Federal Authorities arrested Mr. Gibbs at his residence 582 Russell Rd. Baxley GA. at approx. 6:50 A.M. pursuant to a Federal Arrest Warrant, [2] he was transported to the Brunswick Detention Center, Brunswick GA, where he remained until May of 2021, during his detention at Brunswick Det. Ctr. he has had absolutely NO CONTACT, with any of the authorities from Appling County, from Nov. 12, 2020 until May of 2021, according to the records of Brunswick Det. Ctr./ May of 2021 Mr. Gibbs transfered from Brunswick Det. Ctr. to the Waycross Detention Center where he remaind until July 9, 2021, there records show he's had absolutely NO CONTACT with authorities from Appling County, until Appling Co. Sheriff's deputy came to Waycross Det. Ctr. and acquired custody of James Gibbs July 9, 2021 and transported him to Appling Co. Det. Ctr. where posted bond and was released.

5

IV. Statement of Claim
Cont. pg. 5

James D. Gibbs states the following:

### I.

I was Never Served with a Copy of Complaint for Forfeiture 2020-SU-C-280/ Contrary to Civil Case Court Docket page 3 of 6, that is a violation of Due Process and Fraud by the State of Georgia

### II.

The Appling Co. Deputy John or Jane Doe did submit Sheriffs Entry of Service dated Dec. 27-2020 contains a forged signature that is not that of James D. Gibbs, it was made part of the record by Appling Co. Sheriffs Office and the State with the malice intent to mislead the Court, and that it did, See Order Judgment of Forfeiture Dec. 06-2021

### III.

This illegal process instituted by the State of GA. and its witnesses and the fraudulent tactics did cause the Court, Judge Stephen Kelley to rule in favor of the State and Forfeit a Chevy Silverado, 2004 Vin# 1GCE19T24Z243266212 and $7,274.00 in U.S. Curr. on Dec. 06-2021, clearly violating James D. Gibbs Rights to Due Process
 a) also violating time requirement that this Complaint for Forfeiture was brought by the State

See Civil Case Court Docket
SUC2020000280

V.  Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Reverse the Judgment of Forfeiture entered against James Gibbs by Default in the Superior Court of Brunswick Judicial Circuit, GRANT him all the relief he's requested in its intirity in Civil Action 2020000280 thru the Demand for Return of Property Filed in Appling Co. Superior Court. Or award him (James Gibbs) $4,000,000.00 Punitive Damages against each Defendant, issue an Injunction to Defendants to refrain from this conduct. Award any other relief that this Court sees fit

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 08TH day of August, 2023

_____
(Signature of Plaintiff)

6

James Gibbs
582 Russell Rd
Baxley, GA 31513

U.S. District Court Clerk
801 Gloucester St. # 222
Brunswick, GA 31520





Retail
RDC 99
31520
U.S. POSTAGE PAID
FCM LG ENV
BAXLEY, GA 31513
AUG 08, 2023
$1.59
R2304M116126-4