# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

```
JAMES D. GIBBS,

     Plaintiff,

     v.                                CV 2:23-094

JACKIE JOHNSON, et al.,

     Defendants.
```

## ORDER

Plaintiff James Gibbs initiated this civil rights action against Defendants Jackie Johnson, Stacy Gruber, the State of Georgia, and "any other un-named Defendants," on August 10, 2023. Dkt. No. 1. On August 18, 2023, Plaintiff filed an amended complaint. Dkt. No. 4. On November 29, 2023, the Court ordered Plaintiff "to either show proof of service on Defendants or good cause for his failure to serve Defendants." Dkt. No. 5. Plaintiff was warned that, if he failed to comply within fourteen days, his failure "will result in the dismissal of his cause of action based on his failure to follow this Court's Orders and to prosecute his case." Id.

Plaintiff has shown neither proof of service nor good cause for his failure to serve Defendants. Indeed, Plaintiff has failed to respond to the Court's Order, entirely. Therefore, in

accordance with the Court's prior Order, this case is **DISMISSED without prejudice** for failure to follow the Court's Order and failure to prosecute this case. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 29 day of January, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA